UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| OLIVE LEAF MINISTRY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CAUSE NO. 3:23-cv-131-RLM-MGG |
| ) | |
| IRS, et al., ) | |
| ) | |
| *Defendants* ) | |

ORDER

Olive Leaf Ministry, Carol Graber, Paul Albert Graber, and KJ Graber filed documents in this court on January 31, 2023, as a miscellaneous matter. On February 15, 2023, Magistrate Judge Gotsch ordered that the miscellaneous matter, 3:22-mc-3-MGG, be transferred to the civil docket, and the case was reassigned to cause number 3:23-cv-131-RLM-MGG and assigned to the undersigned as presiding judge. The court reviewed the documents and ordered that the plaintiffs either pay the full civil case filing fee or move to proceed *in forma pauperis* by March 9. The court also concluded that the filings were incomprehensible and didn't comply with Rule 8's requirement that a pleading contain a short and plain statement showing that the pleader is entitled to relief. Fed. R. Civ. P. 8(a). The court warned the plaintiffs that to the extent they sought to bring sovereign-citizen theories, those theories have no conceivable basis in American law. The court then ordered that the plaintiffs file an amended

complaint that complied with Rule 8 by March 9 and warned that failure to comply with the order would result in dismissal without further notice.

The plaintiffs haven't complied with the court's order. March 9 has come and gone without any motion to proceed *in forma pauperis* and without an amended complaint. The plaintiffs filed four sets of documents, but each appears to advance sovereign-citizen gobbledygook. Olive Leaf Ministry also sent two mailings from the court back to the clerk's office. The first had written on the envelope, "Solicitation rejected. Return to sender," and included a notice of electronic filing with the following typed or stamped on the filing: "NO CONTRACT. NO LIABILITY. NOT UNDERSTANDABLE. CEASE AND DESIST." [Doc. 15]. The second had written on the envelope, "Return to sender. Solicitation rejected." [Doc. 16].

The plaintiffs didn't comply with the court's order, so this matter is subject to dismissal for failure to comply with a court order. Fed. R. Civ. P. 41(b). Olive Leaf Ministry has also shown a failure to prosecute, or more accurately a desire not to prosecute. A plaintiff can't expect to keep a case alive if the plaintiff considers court orders to be solicitations and returns them. So, the matter is also subject to dismissal for failure to prosecute. Id. An involuntary dismissal under Rule 41(b) for failure to comply with a court order or for prosecute operates as an adjudication on the merits. Id.

For these reasons, the court dismisses this action with prejudice for failure to comply with a court order and for failure to prosecute.

SO ORDERED.

ENTERED:  March 13, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court