# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

OLIVE LEAF MINISTRY

CAROL GRABER

PAUL ALBERT GRABER

KJ GRABER

       Plaintiffs

  v.

                                        Civil Action No.  3:23-cv-131

IRS, and Internal Revenue Service

UNITED STATES INC

ALL SUB-CORPORATIONS THEREOF, and All Departments at Large

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE  for failure to comply with a court order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by Judge Robert L Miller, Jr.

DATE: 3/13/2023                               CHANDA J. BERTA, ACTING CLERK OF COURT

                                                          by   s/A. Highlen
                                                          *Signature of Clerk or Deputy Clerk*